AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio ▼

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 3:25-mj-00282
)
Priority Mail Package withTracking Number )
)
Postmarked June 21, 2025 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

located in the        Southern        District of        Ohio        , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the possible distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Sean C. Humphrey*
*Applicant's signature*

Sean C. Humphrey, USPIS Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means).*

Date:  June 27, 2025

Caroline H. Gentry
City and state: Dayton, OH        United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:
PRIORITY MAIL
PACKAGE TRACKING NUMBER
▮▮▮▮▮▮▮▮▮▮▮▮

Case No. 3:25-mj-00282

**Filed Under Seal**

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, **Sean C. Humphrey**, being first duly sworn, hereby depose and state as follows:

1.     I, Detective Sean C. Humphrey, am employed by the Dayton Police Department and have been since July 2008. I have previously been assigned to Patrol Operations, and I am currently assigned to the Narcotics Bureau - Montgomery County Regional Agencies Narcotics and Gun Enforcement (RANGE) Task Force. I have extensive prior experience in investigating drug cases that resulted in successful prosecution of persons involved in trafficking of drugs, possession of drugs and other related offenses. I have been involved in narcotics related arrests, executed search warrants that resulted in the seizure of narcotics and participated in undercover narcotics purchases. Through training and experience, I am familiar with the manner in which persons involved in the illicit distribution and sales of controlled substances often operate. These subjects usually attempt to conceal their identities, the locations at which they reside, and where they store controlled substances along with the illegal proceeds derived from the sale of those controlled substances. Through training and experience, I am familiar with the practices of narcotics distributors and sellers, whereby they attempt to conceal the true nature, source, and location of proceeds of illegal activity, commonly referred to as money laundering.

2.     I have been a Task Force Officer with the United States Postal Inspection Service ("USPIS") since November 2022. I am presently assigned to the USPIS Cincinnati Field Office, Pittsburgh Division, with investigative responsibility for Southern District of Ohio. Part of my responsibility involves investigating the illicit use of the United States Mails in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter,

"Drugs and/or Proceeds").

3.      Based on my prior training and experience as a USPIS Task Force Officer, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a particular package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

4.      On June 27, 2025, the USPIS intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center in Cincinnati, Ohio. The Package is a brown box bearing USPS Priority Mail tracking number                    mailed from Post Office 95307, located in Northern California, postmarked June 21, 2025, with the following address information:



Through training and experience as a USPIS Task Force Officer, I know illicit controlled substances such as methamphetamine, marijuana, and cocaine have been recovered from packages mailed from post offices located in Northern California near post office 95307 to include post offices located in Stockton, Turlock, Sacramento, Fresno, and San Jose, California. I also know that it is common for those mailing illicit controlled substances to use different post offices in nearby locations to mail their packages to decrease detection.

5.     I performed a check in CLEAR for the recipient's information listed on the Package of

." CLEAR is a law enforcement

database that is used as a tool for investigators to identify persons/businesses and associated

address information. According to CLEAR, there is no                              " associated with

6.     I performed a check in CLEAR for the sender's information listed on the Package: "

7.     On June 27, 2025, at the request of the USPIS, K9 Officer Randy Betsinger of the Dayton

Police Department conducted a narcotics-detection canine "free air" check of the outside of the

Package. An Inspector/TFO was present during said check. Prior to conducting the "free air"

check, the Package was placed in a room with multiple similar and like packages. As set forth in

the attached affidavit of K9 Officer Betsinger, "Hugo" alerted positively for the presence or odor

of a narcotic or other controlled substance exuding from the Package. "Hugo" is a properly

trained and certified narcotics-detection canine.

8.     Based on my prior law enforcement training and experience as a Task Force Officer with

the USPIS and as a narcotics detective, the Package's address information, including (i) failure to

provide full and accurate information for the return address and (ii) failure to provide full and

accurate information for the recipient address, along with the positive alert of the narcotics-

detection canine, all combined, are all indicative of and consistent with Drugs and/or Proceeds

being present in the Package.

///

///

///

///

///

///

///

///

///

///

///

///

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

*Sean C. Humphrey*

Sean C. Humphrey

Task Force Officer

United States Postal Inspection Service

Subscribed and sworn to by reliable electronic means (telephone) before me this **27th** day of **June**, 2025.

Caroline H. Gentry
United States Magistrate Judge



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer Randy Betsinger , am and have been employed by the DAYTON POLICE

DEPARTMENT since 2014. Among other duties, I am currently the assigned handler

of narcotics detection canine "HUGO" which is trained and certified in the detection

of the presence or odor of narcotics described as follows:

Marijuana, Cocaine, Methamphetamine, and Heroin

On _6/27/25_, at the request of Postal Inspector TFO Humphrey, I responded to the

DAYTON P&DC, where "HUGO" did alert to and indicate upon: [describe item]

USPS Priority Mail Tracking #

Which, based upon my training and experience and that of "HUGO", indicates there

is contained within or upon the above described item, the presence or odor of a

narcotic or other controlled substance.

28927 6/27/25

(Signature, Badge #, and Date)

28310        6/27/25

(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009